**No. 50656.**—Protests 103785–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.